___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR - 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-126-CWH |
| Plaintiff, | **ORDER QUASHING WARRANT** |
| vs. | |
| ANGEL GARCIA FLORES, | |
| Defendant. | |

The defendant having responded to the summons issued and having appeared for the initial appearance set April 3, 2018 in this matter,

IT IS HEREBY ORDERED that the warrant issued by the Court on March 23, 2018, is QUASHED.

DATED this 3rd day of April, 2018.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge